UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| GAYLA A. MOATES, | * | |
| | * | JURY DEMAND |
| Plaintiff, | * | |
| | * | NO. 1:11-CV-293 |
| vs. | * | |
| | * | |
| HAMILTON COUNTY, TENNESSEE, | * | |
| HAMILTON COUNTY REGISTER | * | |
| OF DEEDS OFFICE, and | * | |
| PAM HURST, REGISTER OF | * | |
| DEEDS, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SETTLEMENT

Come the parties, who announce that they have settled and resolved all matters between them pursuant to a judicial mediation conducted by the Honorable Jeffrey Hollingsworth. The settlement is on the agenda to be formally approved by the Hamilton County Commission on November 13, 2013 and executed on November 20, 2013. The parties have finalized an agreed-upon settlement document and hereby request that the Court remove this matter from the trial docket. The parties will file a Stipulation of Dismissal immediately following the execution and transmission of payment on November 20, 2013.

RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| BURNETTE, DOBSON & PINCHAK | EVANS HARRISON HACKETT PLLC |
| | |
| By: _s/ Donna J. Mikel_____ | By: __s/ Maury Nicely (w/ permission)_ |
| Harry F. Burnette, #04803 | Maury Nicely, #018997 |
| Donna J. Mikel, #020777 | One Central Plaza, Suite 800 |
| William H. Payne, IV, #029529 | Chattanooga, TN 37402 |
| 711 Cherry Street | Phone: (423) 648-7890 |
| Chattanooga, TN 37402 | Fax: (423) 648-7987 |
| Phone: (423) 266-2121 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

1

56328
Case 1:11-cv-00293-HSM-SKL   Document 42   Filed 11/05/13   Page 1 of 2   PageID #: 678

## CERTIFICATE OF SERVICE

   I hereby certify that on the 5th day of November, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

            By:  s/ *Donna J. Mikel*