UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GAYLA A. MOATES, ) | |
| ) | |
| Plaintiff, ) | DOCKET NO.: 1:11-cv-00293 |
| ) | |
| vs. ) | JUDGE MATTICE |
| ) | |
| HAMILTON COUNTY, TENNESSEE, ) | JURY DEMAND |
| HAMILTON COUNTY REGISTER ) | |
| OF DEEDS OFFICE, and ) | |
| PAM HURST, REGISTER OF DEEDS, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and a settlement reached by the parties, Plaintiff Gayla A. Moates and Defendants Hamilton County, Tennessee, Hamilton County Register of Deeds Office, and Pam Hurst, Register of Deeds jointly stipulate to the dismissal of all claims pending in this action, with each party to bear its own costs.

This the ___ day of December, 2013.

BURNETTE DOBSON & PINCHAK

By: __s/Donna J. Mikel__
Donna J. Mikel (TN Bar No. 20777)
William H. Payne, IV (TN Bar No. 29509)
711 Cherry Street
Chattanooga, TN 37402
Phone: 423.266.2121
Fax:    423.266.3324

Counsel for Plaintiff

EVANS HARRISON HACKETT PLLC

By: __s/Maury Nicely__
Maury Nicely (TN Bar No. 018997)
Philip B. Byrum (TN Bar No. 20360)
835 Georgia Avenue, Suite 800
Chattanooga, TN  37402
Phone: 423.648.7890
Fax: 423.648.7897

Counsel for Defendants